UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WYATT, on behalf of herself and others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNIFI AVIATION, LLC,<br><br>　　　　　　　　　　　　　Defendant. | Case No.:  3:23-cv-01241-LL-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 8]** |

Before the Court is the parties' joint motion to continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"), currently scheduled for August 31, 2023. ECF No. 8.

Parties seeking to continue an ENE must demonstrate good cause. ECF No. 6 at 6 ("An ENE may be rescheduled only upon a showing of good cause"); Chmb.R. at 2 (stating that any request for continuance requires "[a] showing of good cause for the request"); *see, e.g.*, FED. R. CIV. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time").

"Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("[T]he focus of the inquiry is upon the moving party's reasons for seeking modification. . . . If that party was not diligent, the inquiry should end.") (internal citation omitted). Therefore, "a party demonstrates good cause by acting diligently to meet the original deadlines set forth by the court." *Merck v. Swift Transp. Co.*, No. CV-16-01103-PHX-ROS, 2018 WL 4492362, at *2 (D. Ariz. Sept. 19, 2018).

The ENE and CMC in this case are set for August 31, 2023. ECF No. 6. The parties represent to the Court that they have been meeting and conferring regarding whether Plaintiff will submit her claims to arbitration on an individual basis. ECF No. 8 at 3; ECF No. 8-1 at 2. If the parties cannot reach a resolution regarding arbitration, Defendant intends to file a motion to compel arbitration. *Id*. Thus, the parties seek to continue the ENE and CMC until after the Court rules on the forthcoming arbitration motion. ECF No. 8 at 3.

Upon due consideration, good cause appearing, the Court **GRANTS IN PART** the parties' joint motion as follows:

1. The ENE and CMC set for August 31, 2023 are **CONTINUED**.

2. Depending on the outcome of the parties' meet and confer efforts, one of three things must occur. Thereafter, if it deems appropriate, the Court will reschedule the ENE and CMC.

   A. The parties' joint motion to dismiss, or similar joint notice of attending arbitration, must be filed by **September 15, 2023**; or

   B. Defendant's motion to compel arbitration must be filed by **September 15, 2023**; or

   C. The parties' joint status report, explaining that neither side will be pursuing arbitration, must be filed by **September 15, 2023**.

  **IT IS SO ORDERED**.

Dated: August 16, 2023

                _____
                Honorable Allison H. Goddard
                United States Magistrate Judge